UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

HENRY ERIC JOHNSON, )
)
    Plaintiff, )
)
v. ) Case No. CV408-069
)
SPENCER LAWTON, *District* )
*Attorney*, LOUISA ABBOT, *Chatham* )
*County Superior Court Judge*, GREG )
MCCONNELL, *Assistant District* )
*Attorney*, )
)
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 6 day of May, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA